USCA1 Opinion

 

 December 14, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1773 WILLIAM GOCHIS, ET AL., Plaintiffs, Appellees, v. ALLSTATE INSURANCE COMPANY, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. William G. Young, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Coffin, Senior Circuit Judge, ____________________ and Cyr, Circuit Judge. _____________ ____________________ Thomas M. Hefferon with whom James W. Nagle was on brief for ___________________ _______________ appellant. Sarah Tucker with whom Nelson P. Lovins was on brief for _____________ __________________ appellees. ____________________ ____________________ Per Curiam. The brief summary order by the district court does not, in this instance, give us a sufficient basis to review its decision largely denying Allstate's requests for costs as a prevailing party. On the one hand, after reading the briefs and hearing oral argument, it appears that the grant of judgment to Allstate was not predicated on a single point of law that, at the time depositions were taken and copies made, was dispositive. On the other hand, if some, but not all, of the depositions and copies have proven clearly unnecessary, irrelevant, or cumulative, we lack the exposure and vantage point of the trial judge to make such a discriminating determination. We vacate the existing judgment and remand to the district court for reconsideration of whether, and to what extent, Allstate is entitled to reimbursement. Costs to appellant on appeal. -2-